PROB 35

**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**         )<br>                                                                )<br>                      vs.                              )<br>                                                                )<br>**William Duncan REYNOLDS**              )<br>                                                                ) | **Docket Number:  1:02CR05122-001** |

On July 7, 2003, the above-named was sentenced to 18 months custody of the Bureau of Prisons with a 3-year term of supervised release to follow.  Supervision commenced on November 24, 2004.  Mr. Reynolds has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

**SANDRA K. DASH**
**United States Probation Officer**

Dated:        July 2, 2007
              Modesto, California
              SKD:lr

**REVIEWED BY:** _____

              **DEBORAH A. SPENCER**
              **Supervising United States Probation Officer**

**Re:    William Duncan REYNOLDS**
**       Docket Number:   1:02CR05122-001**
**       <u>ORDER TERMINATING SUPERVISED RELEASE</u>**
**       <u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from the term of supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   <u>July 6, 2007</u>**                         <u>       /s/ Oliver W. Wanger       </u>
                                                     UNITED STATES DISTRICT JUDGE